PD-0363&0364&0365-15

In The

Texas Court Of Criminal Appeals

---

Octaviano Isralel Sanchez
Appellant

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 01 2015

Abel Acosta, Clerk

V.

The State Of Texas
Appellee

---

On Petition For Discretionary Review
From The 14th District Court Of Appeals
Houston Texas Case Nos. 14-14-00003-CR,
14-14-00004-CR, 14-14-00005-CR

FILED IN
COURT OF CRIMINAL APPEALS

APR 01 2015

Abel Acosta, Clerk

---

Motion For Suspension Of Rules

---

Comes Now Octaviano Isralel Sanchez, Appellant Appearing In Pro-Se And hereby respectfully moves this Court with Motion For Suspension Of Rules, pursuant to Rule 2 of the Texas Rules Of Appellate Procedure. Appellant submits the following In support;

Appellant seek's to have the Court suspend Rule 9.3 (b), of the Texas Rules Of Appellate Procedure, which require's a party to file the Original and 11 copies of any document, "ie", Petition For Discretionary Review, As well, Also An Original and two copies for motion for extension of time, or response to the motion.

1.

Appellant seeks the suspension of the two copies for his motion to extend time, to file his petition for discretionary review, And Also seeks the suspension to the 11 copies to be filed with his petition for discretionary review. Appellant is pro-se and incarcerated within TDCJ- George Beto Unit which provides no photo copying service.

Wherefore, Appellant respectfully requests this Court to grant this Motion For Suspension Of Rules.

Dated: March 28-2015

Respectfully Submitted

Octaviano Sanchez

Octaviano Israyel Sanchez
TDCJ-CID # 1885721
George Beto Unit
1391 FM 3328
Tennessee Colony, Tx
75880

Certificate Of Service

I do hereby certify that a true and correct copy of the foregoing Motion For Suspension Of Rules was served by placing same in the U.S. Mail at the George Beto Unit postage prepaid on this 28th day of March 2015 Addressed to:

District Attorney's Office
Appellate Section
Att: Clinton A. Morgan
1201 Franklin
Suite 600
Houston, Tx
77002

Texas Court Of Criminal Appeals
Abel Acosta, Clerk
PO Box 12308 Capitol Station
Austin, Texas
78711

Respectfully

Octaviano I. Sanchez
TDCJ-CID# 1885721

2.

# In The
## Texas Court Of Criminal Appeals

___

### Octaviano Isralel Sanchez
#### Appellant

### v.

### The State Of Texas
#### Appellee

___

On Petition For Discretionary Review
From The 14th District Court Of Appeals
Houston, Texas Case Nos. 14-1400003-CR
14-14-00004-CR, 14-14-00005-CR.

### Order For Suspension Of Rules

On the motion of Appellant, the Appellant's
Motion For Suspension Of Rules, is hereby the;
Order Of This Court, motion is hereby;

Granted: _____
Denied: _____

Signed On _____

_____
Presiding Judge